#### IN THE

# SUPREME COURT OF JUDICATURE

#### OF THE

## STATE OF NEW-YORK,

#### SINCE 9TH APRIL, 1835.

[509]                    VAN RENSSELAER *vs.* FAY.

WHEN a hearing before referees is postponed on the application of the *plaintiff*, he must pay costs the same as a defendant would be bound to do, were the postponement on his application.

SEYMOUR *vs.* SLOCUM.

A BILL of exceptions taken at the trial does not *per se* operate as a stay of proceedings. If the party presenting the bill desires to stay the proceedings of his adversary, he must obtain an order to that effect.

FULTON *vs.* BRUNK & IVES.

AN attachment will be granted by this court for the non-payment of costs for putting off a trial at the circuit.

[510]                    CROSS *vs.* FRANKLIN.

THE rule to transcribe the record, where a writ of error is sued out, returnable in this court, must be entered in the court from whence the judgment is sought to be removed; it cannot be entered here until the writ of error is returned.

DAVENPORT *vs.* HULL.

IT is not necessary in the appointment of a *county superintendent of the poor* that *all* the judges of the county for which the appointment is to be made should meet; it is enough that a *quorum* assemble and act in the matter.